### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : Chapter 13
    Baum, Sandra Lynn

       Debtor(s)                          : 16-18288 amc

                 :

### ORDER TERMINATING WAGE ORDER

    **AND NOW,** this 18th day of January, 2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Daughterly Companions LLC to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

    BY THE COURT

_____
JUDGE ASHELY M. CHAN

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Baum, Sandra Lynn

43 Centennial Ridge
Telford, PA 18969


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Daughterly Companions LLC
1380 Easton Rd, 2nd Fl
Warrington, PA 18976