United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sandra Lynn Baum  
     Debtor

Case No. 16-18288-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 18, 2017  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.  
db           +Sandra Lynn Baum,    43 Centennial Ridge,    Telford, PA 18969-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         JILL MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com  
         JOHN L. MCCLAIN    on behalf of Debtor Sandra Lynn Baum aaamcclain@aol.com,   edpabankcourt@aol.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                   TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
  Baum, Sandra Lynn

  Debtor(s)  : 16-18288 amc

  :

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 18th day of January, 2017, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Daughterly Companions LLC to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE  ASHELY M. CHAN

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123


Baum, Sandra Lynn

43 Centennial Ridge
Telford, PA 18969


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


Daughterly Companions LLC
1380 Easton Rd, 2nd Fl
Warrington, PA 18976