# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                     Chapter 13

                                                   Bankruptcy No. 16-18288-AMC

SANDRA LYNN BAUM

43 Centennial Ridge

Telford, PA 18969

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
        SANDRA LYNN BAUM

        43 Centennial Ridge

        Telford, PA 18969

    **Counsel for debtor(s), by electronic notice only.**
        JOHN L. MCCLAIN
        JOHN L MCCLAIN AND ASSOCIATES
        PO BOX 123
        NARBERTH, PA 19072-

    **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                                                    /s/ William C. Miller

Date: 1/26/2017

                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee