UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | Bankruptcy No. 16-18288AMC |
| | : | |
| SANDRA LYNN BAUM | : | |
| | : | |
| Debtor | : | |

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

AND NOW, this __24__ day of __August__, 2017, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

**ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 13-10225 on 8/23/13, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case filed on December 1, 2016, the court shall not grant a discharge in the instant case.

Date: 8/24/17

_Sandra Lynn Baum_
Sandra Lynn Baum
Debtor

_John L. McClain_    _Mitchell J. Prince, ESQ_
John L. McClain, Esquire
Attorney for Debtor

/s/ Jack K. Miller, Esquire

Jack K. Miller, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUTPCY JUDGE

John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

Sandra Lynn Baum
43 Centennial Ridge
Telford, PA 18969

1