## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                                  :        Chapter 13
                                                       :        Bankruptcy No. 16-18288AMC
                                                       :
    SANDRA LYNN BAUM                                   :
                                                       :
                        Debtor                         :

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

    **AND NOW**, this __24__ day of __August__, 2017, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

    **ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 13-10225 on 8/23/13, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case filed on December 1, 2016, the court shall not grant a discharge in the instant case.

Date: __8/24/17__

_Sandra Lynn Baum_                                     _Mitch_            _Mitchell J. Prince,
Sandra Lynn Baum                                       John L. McClain, Esquire        ESQ_
Debtor                                                 Attorney for Debtor

/s/ Jack K. Miller, Esquire
_____
Jack K. Miller, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

**Date: August 30, 2017**

BY THE COURT   _Ashy_

_____
HONORABLE ASHELY M. CHAN
BANKRUTPCY JUDGE

John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

Sandra Lynn Baum
43 Centennial Ridge
Telford, PA 18969

1