United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-18288-amc
Sandra Lynn Baum                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Aug 30, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
db              +Sandra Lynn Baum,     43 Centennial Ridge,    Telford, PA 18969-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
            BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
            on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
            Series 2004-3 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
            JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
            chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
            JOHN L. MCCLAIN    on behalf of Debtor Sandra Lynn Baum aaamcclain@aol.com,    edpabankcourt@aol.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
            on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
            Series 2004-3 bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | Bankruptcy No. 16-18288AMC |
| | : | |
| **SANDRA LYNN BAUM** | : | |
| | : | |
| Debtor | : | |

### CONSENT ORDER (DEBTOR NOT SEEKING NOR ENTITLED TO DISCHARGE)

    **AND NOW**, this _24_ day of _August_ , 2017, upon agreement of the parties as to whether debtor is entitled to a discharge, it is

    **ORDERED**, that pursuant to 11 U.S.C. Section 1328(f)(1) and in light of debtor's receiving a Chapter 7 discharge in Bankruptcy Case No 13-10225 on 8/23/13, which was during the 4 year period preceding the date of the filing under the instant Chapter 13 case filed on December 1, 2016, the court shall not grant a discharge in the instant case.

Date: _8/24/17_

_Sandra Lynn Baum_
Sandra Lynn Baum
Debtor

_John L. McClain, Esquire_
John L. McClain, Esquire
Attorney for Debtor

_Mitchell J. Prince, ESQ_

/s/ Jack K. Miller, Esquire
_____
Jack K. Miller, Esquire
for William C. Miller, Esquire
Chapter 13 Standing Trustee

**Date: August 30, 2017**

BY THE COURT

_Ashy_

_____
HONORABLE ASHELY M. CHAN
BANKRUTPCY JUDGE

John L. McClain, Esquire
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

Sandra Lynn Baum
43 Centennial Ridge
Telford, PA 18969

1