# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sandra Lynn Baum<br>                    Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3<br>                    Movant<br>        vs.<br>Sandra Lynn Baum<br>                    Debtor<br>William C. Miller<br>                    Trustee | NO. 16-18288 AMC<br><br>11 U.S.C. Section 362 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3 has filed a Motion to Approve Trial Loan Modification with the court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **October 23, 2017** you or your attorney must do all of the following:
    (a) file an answer explaining your position at:
    UNITED STATES BANKRUPTCY COURT
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b) mail a copy to the movant's attorney:
    Matteo S. Weiner, Esquire
    KML Law Group, P.C.
    Suite 5000 - BNY Mellon Independence Center
    701 Market Street
    Philadelphia, PA 19106-1532

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, the United States Bankruptcy Judge, in Courtroom No. 5 at the UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT, 900 Market Street, Philadelphia, PA 19107 on November 14, 2017, at 11:00 a.m., or as soon thereafter as counsel can be heard.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322

October 9, 2017