# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sandra Lynn Baum<br>　　　　　　　Debtor<br><br>Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3<br>　　　　　　　Movant<br>　　vs.<br><br>Sandra Lynn Baum<br>　　　　　　　Debtor<br><br>William C. Miller<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-18288 AMC<br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Matteo S. Weiner, attorney for Movant, do hereby certify that true and correct copies of the foregoing "Motion of Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3 to Approve Trial Loan Modification" and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on October 9, 2017, by first class mail, and/or electronic means upon those listed below:

<u>Debtor</u>
Sandra Lynn Baum
43 Centennial Ridge
Telford, PA 18969

<u>Attorney for Debtor</u>
John L. McClain, Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

<u>Trustee</u>
William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

<u>Office of the US Trustee</u>
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: October 9, 2017

*/s/ Matteo S. Weiner, Esquire*
Matteo S. Weiner, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
Attorneys for Movant/Applicant