# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sandra Lynn Baum<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3<br>　　　　　　　　　　Movant<br>　　vs.<br>Sandra Lynn Baum<br>　　　　　　　　　　Debtor<br>William C. Miller<br>　　　　　　　　　　Trustee | NO. 16-18288 AMC<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 14th day of November, 2017, upon consideration of Movant's Motion to Approve Trial Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED, and Movant's offer of the Trial Loan Modification agreement dated July 24, 2017 to Debtor, and Movant's activation of said Agreement, and its acceptance of payments under said Agreement, the first of which was due in November 2017, do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 U.S.C. § 549.

cc: See attached service list

Ashely M. Chan
United States Bankruptcy Judge

Sandra Lynn Baum
43 Centennial Ridge
Telford, PA 18969

John L. McClain, Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532