United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sandra Lynn Baum  
      Debtor

Case No. 16-18288-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Nov 14, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.  
db          +Sandra Lynn Baum,   43 Centennial Ridge,   Telford, PA 18969-1208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        JILL MANUEL-COUGHLIN   on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        JOHN L. MCCLAIN   on behalf of Debtor Sandra Lynn Baum aaamcclain@aol.com,   edpabankcourt@aol.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3 bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                           TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sandra Lynn Baum<br>　　　　　　　Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2004-3<br>　　　　　　　Movant<br>　　vs.<br>Sandra Lynn Baum<br>　　　　　　　Debtor<br>William C. Miller<br>　　　　　　　Trustee | NO. 16-18288 AMC<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 14th day of November, 2017, upon consideration of Movant's Motion to Approve Trial Loan Modification, it is ORDERED AND DECREED that:

The Motion is GRANTED, and Movant's offer of the Trial Loan Modification agreement dated July 24, 2017 to Debtor, and Movant's activation of said Agreement, and its acceptance of payments under said Agreement, the first of which was due in November 2017, do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 U.S.C. § 549.

cc: See attached service list

　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Sandra Lynn Baum
43 Centennial Ridge
Telford, PA 18969

John L. McClain, Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532