United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18288-amc
Sandra Lynn Baum                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db          +Sandra Lynn Baum,    43 Centennial Ridge,    Telford, PA 18969-1208
13830539     Bank of America,    PO Box 31785,   Tampa, Fl 33631-3785
13854898    +Centennial Ridge Condominium Association,    c/o Binder & Canno, LLC,   803 W. Market Street,
              West Chester, PA 19382-1953
13830540    +John L. McClain and Associates,   PO Box 123,    Narberth, PA 19072-0123
13830542    +Shapiro & Denardo, LLC,    3600 Horizon Dr., Ste 150,    King of Prussia, PA 19406-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 09 2018 02:10:02     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 02:09:02
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 09 2018 02:09:41     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2018 02:05:21     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13896663     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 09 2018 02:17:34
              American InfoSource LP as agent for,    Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
13869568    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2018 02:05:48
              PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
13902913     E-mail/Text: jennifer.chacon@spservicing.com Jun 09 2018 02:10:35
              Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
13830543    +E-mail/Text: bankruptcy@sw-credit.com Jun 09 2018 02:09:21     Southwest Credit Systems,
              4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13830541*   +Sandra Lynn Baum,    43 Centennial Ridge,   Telford, PA 18969-1208
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
           on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
           Series 2004-3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JOHN L. MCCLAIN    on behalf of Debtor Sandra Lynn Baum aaamcclain@aol.com, edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee, on
           behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
           Series 2004-3 bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as trustee,
           on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates
           Series 2004-3 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

```
District/off: 0313-2          User: Virginia              Page 2 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: 138NEW             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sandra Lynn Baum
      Debtor(s)

Bankruptcy No: 16−18288−amc
Chapter: 13

---

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

>    900 Market Street
>    Suite 400
>    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 6/8/18

      57 – 56
      Form 138_new