# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:      Sandra Lynn Baum            :  Chapter 13

                                        :  Bky. No. 16-18288AMC

                                        :
        Debtor
                                        :

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: 10/11/2018

                                FOR THE COURT

                                TIMOTHY B. McGRATH
                                Clerk of Court